■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED CAMPBELL, Appellant. [632 NYS2d 975] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered December 21, 1993, convicting him of criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his conviction is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in a light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]). Altman, J. P., Hart, Friedmann and Krausman, JJ., concur.